(11 Misc. Rep. 446.)

### ADAMS v. GREY.

(City Court of New York, General Term. February 11, 1895.)

INJUNCTION—RIGHT TO VACATE.
　　It is in the discretion of the court to vacate an injunction granted by it.

Appeal from special term.

Action by Daisy Adams against Annie Grey. From an order vacating an injunction, plaintiff appeals. Affirmed.

Argued before EHRLICH, C. J., and FITZSIMONS and NEWBURGER, JJ.

P. Jones and T. A. Atchinson, for appellant.

W. L. Cannon, Jr., for respondent.

EHRLICH, C. J. Without deciding whether the court had power in the first instance to grant the injunction, under the peculiar circumstances disclosed, it was certainly not a writ of right, and the court had power to vacate it, and the discretion was not abused in this instance. The order must therefore be affirmed, with costs. All concur.